IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIPMAN BROTHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPRISE SOFTWARE, INC., <br><br> Defendant. | CIVIL ACTION <br> NO. 13-4439 |

## ORDER

**AND NOW**, this 21st day of July, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. #4) and all supporting and opposing papers, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. As to Count I (Fraud), the Motion is **DENIED**.

2. As to Count II (Negligent Misrepresentation in a Commercial Transaction), the Motion is **DENIED**.

3. As to Count IV (Violations of the Tennessee Consumer Protection Act), the Motion is **GRANTED** and **Count IV is DISMISSED WITH PREJUDICE**.

4. As to Count V (Violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law), the Motion is **GRANTED** and **Count V is DISMISSED WITH PREJUDICE**.[1]

                                                **BY THE COURT:**

                                                **/s/ Jeffrey L. Schmehl**
                                                Jeffrey L. Schmehl, J.

---

[1] The Motion did not seek dismissal of Count III (Breach of Contract), so that claim is of course not dismissed.